**William L. HODGES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Respondent–Appellee.**

No. 00–7111.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2001.

*ORDER*

Upon consideration of respondent's-appellee's unopposed motion to remand,

IT IS ORDERED THAT:

The motion is GRANTED and the underlying decision is vacated and the case is remanded to the United States Court of Appeals for Veterans Claims.